IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01558-WDM-CBS

KAREN SHERRY,

    Plaintiff,

v.

CURRENT USA, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April 26, 2007.

                                      BY THE COURT:


                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL